**Order filed February 16, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-12-00042-CR**
_____

**JOSE LUIS BECERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 07-DCR-048284

## O R D E R

The clerk's record in this appeal was filed February 10, 2012. The notice of appeal states it is from the trial court's denial of defendant's application for writ of habeas corpus and motion to set aside plea agreement, signed on or about December 12, 2011. The record does not contain the signed order.

The Fort Bend County District Clerk is directed to file a supplemental clerk's record on or before **February 27, 2012**, containing the trial court' order signed on or about December 12, 2011, denying defendant's application for writ of habeas corpus and motion to set aside plea agreement.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM